UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TONY WACENSKE,<br><br>　　Plaintiff,<br><br>　　v.<br><br>PEND OREILLE COUNTY; PEND OREILLE COUNTY SHERIFF'S DEPARTMENT; PEND OREILLE COUNTY CORRECTIONAL FACILITY; AND JOHN DOE(S),<br><br>　　Defendants. | NO. 2:17-cv-00266-SAB<br><br>**ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE** |

　　Before the Court is the parties' Stipulated Motion for Dismissal of Complaint With Prejudice, ECF No. 4. The motion was heard without oral argument.

　　The parties indicate they have reached a settlement and they ask that Plaintiff's Complaint be dismissed with prejudice and without the imposition of costs or attorney fees.

　　Accordingly, **IT IS HEREBY ORDERED**:

　　1. The parties' Stipulated Motion for Dismissal of Complaint With Prejudice, ECF No. 4, is **GRANTED**.

　　2. Plaintiff's Complaint is **dismissed with prejudice** and without any fees

**ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE ~ 1**

or costs to any party.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel, and close the file.

**DATED** this 21st day of November 2017.



_____
Stanley A. Bastian
United States District Judge

**ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE ~ 2**